Joseph Geraci, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Howard and Woodward, JJ., dissenting.

Paul Kratka v. Boston and Maine Railroad.— Motion denied.

John J. Miran, Respondent, v. The American Gas Machine Company, Appellant.— Motion denied.

In the Matter of the Application of Mary Burnett and Others to Lay Out a Highway in the Town of Queensbury, County of Warren and State of New York, and the Assessment of Damages Therefor.— Order granted, without costs.

Richmond. D. Moot, Appellant, v. Margaret A. Moot, Respondent.— Order modified by striking out the following specifications: 5, 6, 8, 9, 10, 11, 12, 13, 14, 15; and, further, that the plaintiff be required, within five days from the entry of this order and service thereof on plaintiff's attorney, to serve said bill of particulars; and as so modified affirmed, without costs. All concurred; Woodward, J., not sitting.

In the Matter of the Application of the Standard Bitulithic Company for a Writ of Certiorari to John N. Carlisle, as Commissioner of Highways of the State of New York, Appellant.— Order resettled.

In the Matter of the Proceedings to Punish Samuel T. Stephenson, Respondent, as for a Contempt in Violating and Disregarding the Judgment Entered in This Court in the Action Wherein Stephenson Manufacturing Company Was Plaintiff, and the Said Stephenson and Others, Defendants. Stephenson Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Chester, J., at Special Term. (Reported in 85 Misc. Rep. 145.) All concurred.

In the Matter of the Application of Evans R. Dick and Others, Copartners, Doing Business as Dick Brothers & Company, for a Peremptory Writ of Mandamus against William Sohmer, as Comptroller of the State of New York.— Motion granted.

New Paltz, Highland and Poughkeepsie Traction Company, Appellant, v. Central New England Railway Company and O'Brien Construction Company, Respondents. In the Matter of the Application of the Central New England Railway Company for the Elimination of the Following Grade Crossings in the Town of Lloyd, Ulster County: (1) The North Road to Black Lake; (2) the New Paltz Turnpike, also Known as the Whittley Crossing, and (3) for Determining the Manner in Which the Proposed New Crossing at Brooks Crossing Shall Be Constructed.— Ordered that the injunction granted by Justice Chester, pending the order to show cause before the Appellate Division, be continued until the action is tried and determined before Justice Chester; if the trial is delayed by the plain-